FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2017

SEAN F. McAVOY, CLERK

# PENALTY SLIP

DEFENDANT NAME:   **BHAVESH PATEL**

TOTAL NO. COUNTS:  **1**

**VIO: 8 U.S.C. § 1325**

   **Illegal Entry into the United States**

PENALTY:  **CAG not more than 6 months;
and/or $5,000 fine;
3 years supervised release;
a $10 special penalty assessment**

CASE NO.   2:17-MJ-00060-JTR

AUSA INITIAL   RES

BPatel.ps.docx